THE CONTINENTAL NATIONAL BANK, RESPONDENT, *v.* RUSSELL W. ADAMS AND ANOTHER, APPELLANTS.

APPEAL from an order made at Special Term, setting aside a verdict in favor of the defendant, and granting a new trial, on the ground of surprise.

The General Term *held*, that the plaintiff was led, by statements of the defendant, to believe that no serious defense would be interposed at the trial, and that relying thereon he failed to summon a material witness, and therefore affirmed the order. (*Jackson v. Warford*, 7 Wend., 62; *Chamberlain v. Lindsay*, 8 S. C. [1 Hun], 231; *Tyler v. Hoornbeck*, 48 Barb., 198.)

*Wm. A. Jenner*, for the appellants.

*J. S. Bosworth* and *Edward F. Brown*, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Order affirmed, with ten dollars costs and disbursements.